# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ERIC MCLEAN, & | * | CASE NO. 12-11045 |
| DEBORAH MCLEAN, | * | |
| | * | |
| Debtors. | * | CHAPTER 13 |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE OF THIS OBJECTION.**

## DEBTORS' OBJECTION TO CLAIM #13-1 OF GREEN TREE SERVICING, LLC.

COME NOW, the debtors, by and through the undersigned attorney, and object to Claim #13-1 of Green Tree Servicing, LLC f/k/a Green Point (hereinafter, "Green Tree") in the amount of $11,018.03. As grounds for this objection, the debtors state as follows:

1. On or about August 16, 2012, Green Tree filed a proof of claim for an alleged deficiency balance.

2. Upon information or belief, the debtors assert that the debt to Green Tree was discharged in their prior bankruptcy bearing case number 06-10541 filed in the Middle District of Alabama.

3. As a result, the debtors assert that Claim #13-1 of Green Tree should be disallowed.

WHEREFORE, premises considered, the debtors respectfully request this Honorable Court enter an Order disallowing Claim #13-1 and for all other relief that the Court deems appropriate.

Respectfully submitted this 13th day of December, 2012.

    BROCK & STOUT

    /s/ J. Clarke Walker
    J. Clarke Walker {WAL200}
    Attorney for Debtors
    Post Office Drawer 311167
    Enterprise, Alabama 36331-1167
    (334) 393-4357
    (334) 393-0026 FAX
    brockstout@enter.twcbc.com

CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the following, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 13th day of December, 2012.

Teresa R. Jacobs
Bankruptcy Administrator
ba@almb.uscourts.gov

Curtis C. Reding
Chapter 13 Trustee
Trustees_ofc@ch13mdal.com

Green Tree Servicing, LLC.
7360 S. Kyrene Rd., T-120
Tempe, AZ 85283

/s/ J. Clarke Walker
J. Clarke Walker {WAL200}
Attorney for Debtors