relationships that work

green tree

January 11, 2013


US Bankruptcy Court
District of  Middle of Albama

cc: Curtis C. Redding
re: case # **12-11045 Eric A. and Deborah D. McLean**

This letter is written notification that Green Tree Servicing LLC, would like to withdraw  Proof of Claim #13

If you have any questions, please feel free to contact Herschel Hoyt at 866-270-3285, ext 35250.


Respectfully submitted


/s/Herschel Hoyt
Bankruptcy Supervisor
Green Tree Servicing LLC

7360 SOUTH KYRENE • TEMPE, AZ • 85283
PHONE: 877-816-9123 • FAX: 480-333-6121